UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OLIVER CORIA ISLAS,<br><br>Defendant. | No. 25-MJ-00450 TLF<br><br>ORDER OF DISMISSAL |

This matter comes before the Court upon motion of the United States to dismiss all pending charges in this matter as to OLIVER CORIA ISLAS, Defendant.

IT IS HEREBY ORDERED:

All pending counts in the above-captioned case against the above-captioned Defendant are dismissed, without prejudice.

DATED this  5th  day of September, 2025.

_____
HON. MICHELLE L. PETERSON
Magistrate Judge

Order of Dismissal -- 1
*United States v. Coria Islas,* 25-MJ-00450 TLF

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970